1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                       UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,         ) CR No. 03-07-70346
                                       )
15 |      Plaintiff,                   ) STIPULATION AND [PROPOSED] ORDER
                                       ) CONTINUING THE PRELIMINARY
16 |   v.                              ) HEARING AND EXCLUDING TIME
                                       )
17 | ANDREA FERREIRA DESOUZA,          )
        a/k/a ANDREA LNU,              )
18      a/k/a SUHAIL CRUZ-PAGAN        )
                                       )
19 |      Defendant.                   )
                                       )
20

21     On February 21, 2008, when the parties last appeared on this matter, the Court set a

22 further date of March 5, 2008 for a Preliminary Hearing / Arraignment.  The parties now

23 stipulate and request that the Court enter an Order that the Preliminary Hearing be moved from

24 the March 5, 2008 calendar and be continued until April 2, 2008, and that time should be

25 excluded from the Speedy Trial Act calculations from February 21, 2008 through April 2, 2008

26 for effective preparation of counsel.  The parties are discussing pre-trial resolution of this matter

27 and require additional time for defense counsel to review discovery and for the parties to engage

28 in meaningful discussions.  Further, counsel for the defendant does not believe that it is within

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME - CR 03-07-70346
1

1  her client's best interest to hold a preliminary hearing within 10 days, pursuant to Fed. R. Crim.
2  P. 5.1(c),(d).  The parties represent that granting this continuance is necessary for effective
3  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
4  to discuss pre-indictment resolution, taking into account the exercise of due diligence.  See 18
5  U.S.C. § 3161(h)(8)(B)(iv).

7   IT IS SO STIPULATED.
8                                                                              JOSEPH P. RUSSONIELLO
                                                                                United States Attorney

10  DATED: February 28, 2008                    _____/s/_____
                                                                               DENISE MARIE BARTON
11                                                                             Assistant United States Attorney

13  DATED: February 28, 2008                    _____/s/_____
                                                                               CAMELLIA BARAY
14                                                                             Attorney for ANDREA FERREIRA DESOUZA

16     For the reasons stated above, the Preliminary Hearing shall be removed from the March 5,
17  2008 calendar and be continued until April 2, 2008.  The Court further finds that the ends of
18  justice served by the continuance outweigh the best interests of the public and the defendant in a
19  speedy trial and that time should be excluded from the Speedy Trial Act calculations from
20  February 21, 2008 through April 2, 2008 for effective preparation of counsel.  See 18 U.S.C.
21  §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant
22  effective preparation of counsel, taking into account the exercise of due diligence, and would
23  result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
24  **IT IS SO ORDERED.**

26  DATED:_____                    _____
27                                                                              THE HONORABLE MARIA-ELENA JAMES
                                                                                United States Magistrate Judge