| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney | **FILED** |
| 2 | |
| 3  BRIAN STRETCH (CSBN 163973)<br>Chief, Criminal Division | FEB 2 9 2008 |
| 4  DENISE MARIE BARTON (MABN 634052)<br>Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 03-07-70346 |
| Plaintiff, | )<br>) | STIPULATION AND [~~PROPOSED~~] ORDER<br>CONTINUING THE PRELIMINARY |
| v. | )<br>) | HEARING AND EXCLUDING TIME |
| ANDREA FERREIRA DESOUZA,<br>a/k/a ANDREA LNU,<br>a/k/a SUHAIL CRUZ-PAGAN | )<br>)<br>) | |
| Defendant. | ) | |

On February 21, 2008, when the parties last appeared on this matter, the Court set a further date of March 5, 2008 for a Preliminary Hearing / Arraignment. The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be moved from the March 5, 2008 calendar and be continued until April 2, 2008, and that time should be excluded from the Speedy Trial Act calculations from February 21, 2008 through April 2, 2008 for effective preparation of counsel. The parties are discussing pre-trial resolution of this matter and require additional time for defense counsel to review discovery and for the parties to engage in meaningful discussions. Further, counsel for the defendant does not believe that it is within

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME - CR 03-07-70346

1

1  her client's best interest to hold a preliminary hearing within 10 days, pursuant to Fed. R. Crim.
2  P. 5.1(c),(d). The parties represent that granting this continuance is necessary for effective
3  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
4  to discuss pre-indictment resolution, taking into account the exercise of due diligence. See 18
5  U.S.C. § 3161(h)(8)(B)(iv).
6
7  IT IS SO STIPULATED.
8                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
9
10 DATED: February 28, 2008              _____/s/_____
                                               DENISE MARIE BARTON
11                                             Assistant United States Attorney
12
13 DATED: February 28, 2008              _____/s/_____
                                               CAMELLIA BARAY
14                                             Attorney for ANDREA FERREIRA DESOUZA
15
16     For the reasons stated above, the Preliminary Hearing shall be removed from the March 5,
17 2008 calendar and be continued until April 2, 2008. The Court further finds that the ends of
18 justice served by the continuance outweigh the best interests of the public and the defendant in a
19 speedy trial and that time should be excluded from the Speedy Trial Act calculations from
20 February 21, 2008 through April 2, 2008 for effective preparation of counsel. See 18 U.S.C.
21 §3161(h)(8)(A). The failure to grant the requested continuance would deny the defendant
22 effective preparation of counsel, taking into account the exercise of due diligence, and would
23 result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).
24 **IT IS SO ORDERED.**
25
26 DATED: 2-29-08
27                                             THE HONORABLE MARIA-ELENA JAMES
                                               United States Magistrate Judge
28