1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN STRETCH (CSBN 163973)
   Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7359

7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov

8

   Attorneys for Plaintiff

9

                       UNITED STATES DISTRICT COURT

10

                     NORTHERN DISTRICT OF CALIFORNIA

11

                         SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )    CR No. CR 03-07-70346 BZ
                                     )
         Plaintiff,                  )    STIPULATION AND [PROPOSED] ORDER

14                                   )    CONTINUING THE PRELIMINARY
                                     )    HEARING AND EXCLUDING TIME
        v.                           )

15                                   )
   ANDREA DESOUZA,                   )

16                                   )
         Defendant.                  )

17  _____ )

18

19      ___This matter is set for a Preliminary Hearing / Arraignment on April 2, 2008.  Since the

20  last appearance before this Court, the defendant has been designated as a material witness and

    held on a material witness arrest warrant in the matter of *United States v. Glenio Jesua Ferreira*

21
    *Silva*, 07-678 JSW.  The parties anticipate that the defendant will be deposed in this matter as a

22
    material witness on April 2, 2008.  Further, the parties are discussing pre-trial resolution of this

23
    matter and require additional time for defense counsel to review discovery and for the parties to

24
    engage in meaningful discussions.  Finally, counsel for the defendant does not believe that it is in

25
    her client's best interest to hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim.

26
    P. 5.1(c),(d).  The parties now stipulate and request that the Court enter an Order that the

27
    Preliminary Hearing be removed from the April 2, 2008 calendar and be continued until April

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70346 BZ
                                      1

1    14, 2008 and that time should be excluded from the Speedy Trial Act calculations from April 2,

2    2008 calendar and be continued until April 14, 2008 for effective preparation of counsel.  The

3    parties represent that granting this continuance is necessary for effective preparation of counsel

4    to permit defense counsel to review discovery and to afford counsel time to discuss pre-

5    indictment resolution, taking into account the exercise of due diligence.  See 18 U.S.C. §

6    3161(h)(8)(B)(iv).

7    IT IS SO STIPULATED.

8                                                                JOSEPH P. RUSSONIELLO
                                                                 United States Attorney

9

10

DATED: March 26, 2008                              _____/s/_____

11                                                               DENISE MARIE BARTON
                                                                 Assistant United States Attorney

12

13

DATED: March 26, 2008                              _____/s/_____

14                                                               CAMELLIA BARAY
                                                                 Attorney for ANDREA DESOUZA

15

16    **IT IS SO ORDERED.**

17          For the reasons stated above, the Preliminary Hearing shall be removed from the April 2,

18    2008 calendar and be continued until April 14, 2008 , 2008.  The Court further finds that the

19    ends of justice served by the continuance outweigh the best interests of the public and the

20    defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

21    calculations from April 2, 2008 calendar and be continued until April 14, 2008 for effective

22    preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested

23    continuance would deny the defendant effective preparation of counsel, taking into account the

24    exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.

25    §3161(h)(8)(B)(iv).

26    DATED:_____          _____

27                                                               Honorable Joseph C. Spero
                                                                 United States Magistrate Judge

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70346 BZ